MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5589
   Facsimile:  (408) 535-5066
   Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> RAMIRO MADRIZ-HERNANDEZ, <br>     Defendant. | No. CR 12-00762 DLJ <br><br> STIPULATION AN D **[PROPOSED]** ORDER RESCHEDULING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

**STIPULATION**

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Ramiro Madriz-Hernandez, by and through Assistant Federal Public Defender Robert M. Carlin, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, May 16, 2013, at 9:00 a.m., be vacated and rescheduled for a change of plea hearing on Thursday, May 30, 2013, at 9:00 a.m.

Government counsel will be in trial on Thursday, May 16, 2013, and therefore is unable to make an appearance as currently calendared. Accordingly, the government respectfully

request that the time between Thursday, May 16, 2013 and Thursday, May 30, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for continuity of government counsel. Defense counsel has no objection to the continuance.

Dated: May 13, 2013

/s/
MEREDITH J. EDWARDS
Special Assistant United States Attorney

Dated: May 13, 2013

/s/
ROBERT M. CARLIN
Assistant Federal Public Defender

|     |                                                                                                    |
| --: | -------------------------------------------------------------------------------------------------- |
|   1 | **[PROPOSED] ORDER**                                                                               |
|   2 | Pursuant to the agreement and stipulation of the parties, the hereby orders that the status        |
|   3 | hearing in this case, previously scheduled for Thursday, May 16, 2013, at 9:00 a.m., be vacated    |
|   4 | and rescheduled for a change of plea hearing on Thursday, May 30, 2013, at 9:00 a.m.  The Court    |
|   5 | further orders that the time between Thursday, May 16, 2013 and Thursday, May 30, 2013 is         |
|   6 | excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds, pursuant to 18 U.S.C.     |
|   7 | §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would            |
|   8 | unreasonably deny the government continuity of counsel.  Furthermore, the Court finds that the    |
|   9 | ends of justice served by granting the requested continuance outweigh the best interest of the     |
|  10 | public and the defendant in a speedy trial.  The Court therefore concludes that this exclusion of  |
|  11 | time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).                                  |

IT IS SO ORDERED.

DATED: 5/15/13

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge